IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FREDDIE LEE BELL,                               :

    Plaintiff,                                    :

vs.                                                         :         CIVIL ACTION 04-0581-CB-C

SHERIFF THOMAS PURVIS, et al.,         :

    Defendants.                                :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 9th day of May, 2005.

                                                      s/*Charles R. Butler, Jr.*
                                                      Senior United States District Judge